UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIK GABRIELIAN, | No. 1:25-CV-01976-DJC-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF CALIFORNIA CITY DETENTION CENTER, | |
| Respondent. | |

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See ECF No. 1. The Court issued a preliminary injunction, ordering Petitioner's release. See ECF No. 13.

Good cause appearing therefore, the court hereby authorizes Petitioner to proceed in forma pauperis without prepayment of the filing fee in this action. See 28 U.S.C. § 1914.

IT IS SO ORDERED.

Dated: February 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1