UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAZMIK GABRIELIAN,

Petitioner,

v.

WARDEN OF CALIFORNIA CITY DETENTION CENTER,

Respondent.

No.  1:25-CV-01976-DJC-DMC

ORDER TO SHOW CAUSE

Petitioner, a former immigration detainee, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The District Judge issued a preliminary injunction, ECF No. 13.

On January 26, 2026, the undersigned directed Respondent to file a response to the petition within 60 days of the date of the order. See ECF No. 14. More than 60 days have passed, and Respondent has not complied. Accordingly, Respondent is ORDERED TO SHOW CAUSE within three days of the date of this order why the undersigned should not recommend granting the petition for Respondent's failure to comply with court orders.

IT IS SO ORDERED.

Dated:  April 14, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1