UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAZMIK GABRIELIAN,

       Petitioner,

v.

WARDEN OF CALIFORNIA CITY
DETENTION CENTER,

       Respondent.

No.  1:25-CV-01976-DJC-DMC-HC

ORDER

Petitioner, a former immigration detainee, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The undersigned issued an order to show cause why the undersigned should not recommend granting the petition for Respondent's failure to comply with court order to respond to the petition. See ECF No. 16. Respondents timely responded to the order to show cause, informing the Court they stand on their prior filings and apologizing for missing the deadline to inform the Court that this was their position. See ECF No. 17. Given this filing, Respondents shall be discharged from the order to show cause and Petitioner shall have 30 days from the date of this order to reply or oppose Respondents' motion to dismiss.

      IT IS SO ORDERED.

Dated:  April 20, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1