UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAZMIK GABRIELIAN,

Petitioner,

v.

WARDEN OF CALIFORNIA CITY DETENTION CENTER,

Respondent.

No. 1:25-CV-01976-DJC-DMC-HC

ORDER

Petitioner, a former immigration detainee, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, and after retaining counsel, a motion for temporary restraining order, ECF No. 9. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 1, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. *See* ECF No. 20. No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and

recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 1, 2026, ECF No. 20, are adopted in full.
2. Respondents' motion to dismiss, ECF No. 6, is DENIED
3. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED.
4. The Preliminary Injunction (ECF No. 13) is hereby made permanent.
5. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE